# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**TRIANGLE CAYMAN ASSET COMPANY 2, LLC,**

    **Plaintiff,**

    v.

**C&C ELLEGANZA, INC.; PARAISO TERRENAL, INC.; CARLOS I. CUMBAS ORTIZ, EDNA N. PEÑA TORRES AND THE CUMBAS- PEÑA LEGAL CONJUGAL PARTNERSHIP,**

    **Defendants.**

Civil No. 16-1786 (ADC)

## ORDER

    Before the Court is plaintiff's motion for writ of attachment of property. **ECF No. 22**. On December 21, 2016, the Court referred it to a U.S. Magistrate Judge for a hearing aimed at verifying the accuracy of the amounts claimed, the need for an ex-parte process, and if necessary, to recommend a reasonable bond. **ECF No. 27**. After proceedings held before U.S. Magistrate Judge Silvia Carreño-Coll, she issued a Report and Recommendation on February 17, 2017. **ECF No. 41**. No objections have been filed to the R&R.

    After careful consideration of the law, the case's record, and the unopposed R&R, the Court wholly **ADOPTS** U.S. Magistrate Judge Silvia Carreño-Coll's findings and recommendations. Accordingly, the Court hereby incorporates by reference the totality of the

R&R and holds as follows: (i) the amount claimed has been verified to be for a total of $2,440,026; (ii) the issue of ex-parte proceedings was rendered moot by defendants' appearance and participation at the proceedings before U.S. Magistrate Judge Silvia Carreño-Coll; and (iii) no bond is needed pursuant the applicable legal framework in light of the case's facts.

Moreover, having duly considered the motion for attachment of property filed by plaintiff Triangle Cayman Asset Company 2, LLC, ("Triangle 2"), **ECF No. 22**; having determined that Triangle 2 is seeking to collect a debt ascending to $2,440,026 allegedly owed by Defendants C&C Elleganza, Inc., to the holder of certain promissory notes detailed in the complaint, **ECF No. 1;** that the value of the pledged collateral is insufficient to cover the alleged debt; that this deficiency ascends to $1,795,026, or seventy-four percent (74%) of the total amount allegedly owed; that the other co-defendants, Paraíso Terrenal, Inc., Carlos I. Cumbas Ortiz, his wife Edna N. Peña Torres, and the legal-conjugal partnership Cumbas-Peña, have guaranteed through various collateral documents the payment of the debt being claimed; and in order to preserve the status quo during the pendency of this litigation; **IT IS HEREBY ORDERED** that**:**

(a) A Writ of Attachment be issued by the Clerk of this Court directing the United States Marshal to proceed to seize any and all cash, checks, monies, in banks and other institutions, accounts receivable, promissory notes, stocks, bonds, equipment, securities, and any other non-exempt property of defendants subject to attachment, up to an amount of $2,440,026, be attached,

garnished, or seized to satisfy the amount that defendants may ultimately have to pay pursuant to any judgment entered by this Court in this action.

(b) The following property, registered as Property Number 6,344, at page 206 of volume 975 of Monacillos, Registry of the Property, Section III of San Juan, be subject to an attachment in the amount of no less than $2,440,026, pursuant to Fed. R. Civ. P. 64 and Puerto Rico Rule of Civil Procedure 56.4, P.R. Laws Ann. tit. 32, Ap. V, R. 56.4, pending the outcome of this lawsuit:

> URBANA: SOLAR marcado con el número cuarenta y uno (41) de la manzana "ED", localizado en la URBANIZACIÓN PUERTO NUEVO propiedad de Everlasting Development Corporation situada en el Barrio Monacillos de Río Piedras, Puerto Rico, con un área superficial de CUATROCIENTOS VEINTE PUNTO OCHENTA METROS CUADRADOS (420.80 m.c.). En lindes por el NORTE, SUR, ESTE y OESTE, con terrenos propiedad de Everlasting Development Corporation dando frente al Sur con la Calle denominada Roosevelt Avenue de la Urbanización.
> Enclava una casa de bloques de cemento y hormigón reforzado de dos (2) plantas dedicadas a vivienda.
> Consta inscrita al folio doscientos seis (206) del tomo novecientos y cinco (975) de Monacillos, Registro de la Propiedad de Puerto Rico, Sección Tercera de San Juan, finca número seis mil trescientos cuarenta y cuatro (6,344) (antes cinco mil trescientos cuarenta y dos (5,342)).

(c) A Writ of Attachment be issued by the Clerk of this Court whereby the Registrar of Property of Puerto Rico, Section III of San Juan, shall be instructed to record an attachment in the amount of $2,440,026 on the real property described in paragraph (b) above.

(d) Defendants are further forbidden from alienating, transferring or further encumbering any real property or personal property or from causing others to alienate, transfer or further

encumber any personal property owned by Defendants, outside of the ordinary course of business, pending the outcome of this lawsuit.

Finally, defendants have a **period of fourteen (14) days** from the date of issuance of this Order to file their answers to the complaint. Should defendants fail to file their answers to the complaint within the aforementioned term, the Court will order the entry of default against defendants, as requested by plaintiff at **ECF No. 26**.

SO ORDERED.

At San Juan, Puerto Rico, on this 28th day of March, 2017.

**S/AIDA M. DELGADO-COLÓN**
**Chief United States District Judge**